```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18359
    ANTHONY CALDWELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0242


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/05/2007 and was confirmed 11/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2009.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
ILLINOIS DEPT OF REVENUE   PRIORITY       NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED        1417.50           .00             .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         805.73           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         738.88           .00             .00
CITY OF CHICAGO PARKING    UNSECURED        5371.75           .00             .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED          .00             .00
CREDIT PROTECTION          UNSECURED       NOT FILED          .00             .00
ENH LABORATORY SERVICES    UNSECURED       NOT FILED          .00             .00
EVANSTON NORTHWESTERN HE   UNSECURED       NOT FILED          .00             .00
EVANSTON NORTHWESTERN HE   UNSECURED       NOT FILED          .00             .00
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED          .00             .00
HIRSCH MANAGMENT           UNSECURED       NOT FILED          .00             .00
IC SYSTEM INC              UNSECURED          70.00           .00             .00
IC SYSTEM INC              UNSECURED         528.60           .00             .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED          .00             .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED          .00             .00
MITCHELL N KAY             UNSECURED       NOT FILED          .00             .00
NCO MEDCLR                 UNSECURED       NOT FILED          .00             .00
B-REAL LLC                 UNSECURED         141.00           .00             .00
OMNI CREDIT SERVICE INC    UNSECURED       NOT FILED          .00             .00
SPRINT                     UNSECURED       NOT FILED          .00             .00
THE BUREAUS INC            UNSECURED         264.20           .00             .00
VAN RU CREDIT CORP         UNSECURED       NOT FILED          .00             .00
VERIZON WIRELESS           UNSECURED        2121.74           .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,464.00                        774.88
TOM VAUGHN                 TRUSTEE                                          60.12
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18359 ANTHONY CALDWELL
```

```
--------------------------------------------------------------------------------
TRUSTEE                                        835.00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                          774.88
TRUSTEE COMPENSATION                                                     60.12
DEBTOR REFUND                                                              .00
                                       ---------------      ---------------
TOTALS                                         835.00               835.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 18359 ANTHONY CALDWELL